```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                      Case No. 18-02810-HWV
Ruth C. Haque                                              Chapter 7
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: admin              Page 1 of 1              Date Rcvd: Oct 16, 2018
                              Form ID: fnldecac         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db             +Ruth C. Haque,    703 Dunkle Street,    Harrisburg, PA 17113-1402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
         James  Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC. bkgroup@kmllawgroup.com
         Lisa A Rynard    on behalf of Debtor 1 Ruth C. Haque lrynard@pkh.com,
          rwhitfield@pkh.com;aburd@pkh.com
         Markian R Slobodian (Trustee)   PA49@ecfcbis.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ruth C. Haque,                                    Chapter          7

       **Debtor 1**

                                                   Case No.          1:18–bk–02810–HWV

Social Security No.:
                         xxx–xx–8187

Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### Markian R Slobodian (Trustee)


is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.


Dated:  October 15, 2018

BY THE COURT

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)